**Motion Granted and Order filed May 1, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00333-CV**

_____

**SHEILA BAILEY, Appellant**
**V.**
**AMAYA CLINIC, INC. AND DAVID W. POWELL, M.D., Appellees**

**&**

_____

**NO. 14-12-00335-CV**

_____

**DAVID W. POWELL, M.D., Appellant**
**V.**
**SHEILA BAILEY, Appellee**

**&**

_____

**NO. 14-12-00354-CV**

_____

**AMAYA CLINIC, INC., Appellant**
**V.**
**SHEILA BAILEY, Appellee**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-74730**

## O R D E R

These three interlocutory appeals are all taken pursuant to Chapter 74 from an order signed by the trial court on March 30, 2012. *See* Tex Civ. Prac. & Rem. Code § 74.351. On April 12, 2012, David M. Powell, M.D., filed an agreed motion to consolidate. The motion is **GRANTED** and we issue the following order:

We order the appeals pending under our appellate case numbers 14-12-00333-CV, 14-12-00335-CV, and 14-12-00354-CV **CONSOLIDATED.**

PER CURIAM